IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BENEDICT GOEKJIAN,

          Plaintiff,

     v.

CITY OF PORTLAND,

          Defendant.

Case No. 3:25-cv-00727-AR

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Jeff Armistead issued a Findings and Recommendation on December 16, 2025, in which he recommends that the Court dismiss Plaintiff's Complaint with leave to amend. F&R, ECF No. 18. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

**CONCLUSION**

The Court ADOPTS Magistrate Judge Armistead's Findings and Recommendation [18]. Defendant's Motion to Dismiss or for a More Definite Statement [7] is GRANTED, and Plaintiff has leave to file an amended complaint as recommended by Judge Armistead.

IT IS SO ORDERED.

DATED this 30th day of March, 2026.

*Amy M. Baggio*
AMY M. BAGGIO
United States District Judge

2 – ORDER